UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOPURE LABS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-0878 (ABJ) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) |
| Defendants. | ) |
| RIGHT TO BE SMOKE-FREE COALITION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-1210 (ABJ) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the motions for summary judgment filed by plaintiffs Nicopure Labs [Dkt. # 20] and the Right to be Smoke Free Coalition [Dkt. # 21] are **DENIED**. It is

**FURTHER ORDERED** that defendants' cross-motion for summary judgment [Dkt. # 44] is **GRANTED**.

This is a final appealable order.

**SO ORDERED**.

/s/ Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE:  July 21, 2017