# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOPURE LABS, LLC and ) <br> RIGHT TO BE SMOKE-FREE COALITION, ) <br> *et al.* ) <br> ) <br>        Plaintiffs, ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> *et al.* ) <br> ) <br>        Defendants. ) <br> ) | Civ. No. 1:16-cv-0878-ABJ |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiffs Nicopure Labs, LLC and the Right To Be Smoke-Free Coalition appeal this Court's Order and Memorandum Opinion (Dkt. Nos. 55 and 56) dated July 21, 2017, denying Plaintiffs' Motions for Summary Judgment and granting Defendants' Cross-Motion for Summary Judgment, to the United States Court of Appeals for the District of Columbia Circuit.

Dated August 29, 2017

                                                Respectfully submitted,

                                                /s/ *Eric P. Gotting*
                                                Eric P. Gotting (Bar No. 456406)
                                                Azim Chowdhury (Bar No. 986331)
                                                KELLER AND HECKMAN LLP
                                                1001 G Street, N.W., Suite 500 West
                                                Washington, D.C. 20001
                                                Telephone (202) 434-4100
                                                Facsimile (202) 434-4646
                                                gotting@khlaw.com
                                                chowdhury@khlaw.com

                                                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 29, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record via transmission of notices of electronic filing generated by CM/ECF.

                    /s/ *Eric P. Gotting*